779

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

EDISON VIDRO

NO. 3:03 CR 198 (RNC)

November 18, 2004

## MOTION TO SEAL DEFENDANT'S MOTION AND AFFIDAVIT TO CONTINUE SENTENCING

The Defendant in the above entitled action, Edison Vidro, by and through counsel, hereby moves this court to seal the accompanying Motion to Continue Sentencing and Affidavit in support thereof. The motion is based on information contained in the Motion to Continue Sentencing and Affidavit.

RESPECTFULLY SUBMITTED,

EDISON VIDRO
THE DEFENDANT

BY: _____
Atty. Justin T. Smith
Federal Bar No. CT25146
Jacobs & Rivera, LLC
P.O. Box 193
Meriden, CT 06450
Phone (203) 634-3000
Fax (203) 235-0447

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2004 NOV 29 A 8:08
U.S. DISTRICT COURT
HARTFORD, CT.

November 23, 2004.